1911.) Action by Gittel Fuchs, as administrator, etc., against Adrian H. Joline and others, as receivers. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 139 App. Div. 901, 123 N. Y. Supp. 1116.

In re GAEDE. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Henry J. Gaede for admission to the bar. No opinion. Application granted.

GAFFNEY, Respondent, v. GAFFNEY, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Mary A. Gaffney against Thomas R. Gaffney. No opinion. Interlocutory judgment affirmed, with costs. See, also, infra.

GAFFNEY, Respondent, v. GAFFNEY, Appellant. (Supreme Court, Appellate Division, Second Department. July 27. 1911.) Action by Mary A. Gaffney against Thomas R. Gaffney. No opinion. Order affirmed, with $10 costs and disbursements. See, also, supra.

GALLAGHER, Respondent, v. BILLINGS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Sarah A. Gallagher against George S. Billings and others. No opinion. Motion granted, so far as to permit the original judgment roll to be handed up without being printed in the record; in all other respects, motion denied, without costs.

GALLAGHER, Appellant, v. WALSH CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Richard Gallagher against the Walsh Construction Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 141 App. Div. 922, 126 N. Y. Supp. 1130.

WOODWARD, J., dissents.

GAUTIER, Respondent, v. DITMAR et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Louis F. Gautier against Anna P. Ditmar and others. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Carr. For former decision, see 129 N. Y. Supp. 834.

GINGOLD v. LYMAN et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Isaac Gingold against William Lyman and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1123.

In re GOLDBERG. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Louis Goldberg, an attorney. No opinion. Respondent disbarred. Settle order on notice.

GOLDBERG v. BEINLICH. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Appeal from Trial Term, New York County. Action by Clara Goldberg, as administratrix, etc., against Paul Beinlich. From a judgment for plaintiff, and from an order denying defendant's motion for a new trial, he appeals. Reversed, and new trial ordered. Carl S. Petrasch, for appellant. William H. Griffin, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event, upon the ground that the evidence failed to show that plaintiff was free from contributory negligence.

GOLDBERG, Appellant, v. MALZMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) Action by Samuel Goldberg against Pincus Malzman and others. No opinion. Motions denied, without costs. See, also, 129 N. Y. Supp. 1124.

GOSS, Respondent, v. C. S. GOSS & CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Clayton S. Goss against C. S. Goss & Co. and others. J. M. Mayer, for appellants. F. H. Platt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 126 App. Div. 748, 111 N. Y. Supp. 115; 129 App. Div. 904, 113 N. Y. Supp. 1130.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Appeal from Special Term, Erie County. In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners, etc. In re lands of W. H. Brush and others. Proceeding No. 90. From the orders made, the Erie Railroad Company appeals. Reversed. Moot, Sprague, Brownell & Marcy, for appellant. Spencer Clinton, for commissioners.

PER CURIAM. Orders reversed, with $10 costs and disbursements, and report set aside and remitted to the commissioners, and they are directed to separate the award made by them, so as to show the cost of the land taken and the amount of consequential damages sustained by the landowners by reason of the carrying out of the improvement directed to be made.

KRUSE, J. (dissenting). I think the land damages excepted from the provisions of the twelfth paragraph and covered by the fifteenth paragraph of the contract relate to consequential damages to real estate where no land is taken. Under the grade crossing act (Laws 1888, c. 345, as amended by Laws 1890, c. 255), where lands abut the street where the improvement is made, the damages thereto are recoverable, although no land is taken. Matter of Grade Crossing Commissioners, 154 N. Y. 550, 49 N. E. 127; Matter of Grade Crossing Commissioners, 166 N. Y. 69, 73, 59 N. E. 706.